# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE PETERSON, | Case No. 2:18-cv-00836-KJM-JDP (PS) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME |
| v. | |
| COUNTY OF SACRAMENTO SHERIFF'S DEPARTMENT, *et al.*, | ECF No. 14 |
| Defendants. | |

For good cause shown, plaintiff's motion for extension of time, ECF No. 14, is granted. Plaintiff will have until June 21, 2021 to file an amended complaint.

IT IS SO ORDERED.

Dated: May 14, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE