FILED
Jun 21, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Dear Honorable Judge of the United States Court,   2:18-cv-00836-KJM-JDP

*en formas Pauperus*

Plaintiff wishes to Proceed with her Fourth Amended Complaint against Defendants of Sacramento County, as individual entities, and Sacramento County as an entire entity, Specifically listed on the last page of this file totalling 10, unless, Defendants choose to not settle immediately, for $250,000, plaintiff prays for leave to amend and add unknown DOES with discovery.

Plaintiff has reviewed the available case law she could find with casetext, recap, and social media lawyers, and has arrived at the settlement amount of $250,000 being a generous offer and far below any trial or find-able case similar. If council is retained in this matter by Plaintiff, in which a total of 6 additional Plaintiffs may be added, attorneys fees and court costs may rise exponentially. In the interest to not have to re-live this trauma more, and find a possible whole financially after the damage they have caused directly in all claims following, the Plaintiff wishes to ask the court to Grant this as a summary judgement or settlement offer to the Defendants.

The Plaintiff asks the court to please serve the Defendants on her behalf, the court's decision on how we should proceed. (if the statement of claim is satisfied).

**PLAINTIFF is willing to exclude SOLANO COUNTY entirely, and all actors within, if, and only if, the database is erased and all claims about the Plaintiff's family "entirely", for all time, past present and future, is cleared.**

**Humbly Submitted**

*[signature]*   JUNE 21st 2021

Desiree Peterson