UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE PETERSON, | Case No. 2:18-cv-00836-KJM-JDP (PS) |
| Plaintiff, | **ORDER** |
| v. | GRANTING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT AND DENYING HER MOTION TO PROCEED *IN FORMA PAUPERIS* AS UNNECESSARY |
| COUNTY OF SACRAMENTO SHERIFF'S DEPARTMENT, *et al.*, | |
| Defendants. | ECF Nos. 17 & 19 |
| | AMENDED COMPLAINT DUE WITHIN THIRTY DAYS |

Plaintiff, proceeding *in forma pauperis* and without counsel, filed this civil rights action against various Sacramento County Departments and employees. Plaintiff moves to amend her complaint and to proceed *in forma pauperis*. ECF Nos. 17 & 19. Plaintiff's motion to amend is granted, but her motion to proceed *in forma pauperis* is denied as unnecessary since the court previously granted plaintiff's motion to proceed *in forma pauperis*. *See* ECF No. 10.

Plaintiff is notified that her amended complaint may only include claims that are related to those contained in her original complaint; unrelated claims against multiple defendants belong in separate suits. She is also reminded that the amended complaint will supersede the current

complaint. *See Lacey v. Maricopa Cnty.*, 693 F. 3d 896, 907 n.1 (9th Cir. 2012) (en banc). Accordingly, plaintiff's amended complaint must be complete on its face without reference to the prior pleading. *See* E.D. Cal. L.R. 220.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion to amend complaint, ECF No. 19, is granted.

2. Plaintiff shall file an amended complaint within thirty days of the date of this order.

3. Plaintiff's motion to proceed *in forma pauperis*, ECF No. 17, is denied as unnecessary.

IT IS SO ORDERED.

Dated:   January 4, 2024                                          /s/ Jeremy Peterson
                                                                                JEREMY D. PETERSON
                                                                                UNITED STATES MAGISTRATE JUDGE

2